**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Ave., Unit 2B
South Pasadena, CA 91030
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiffs

**SEYFARTH SHAW LLP**
Richard B. Lapp (SBN 271052)
rlapp@seyfarth.com
Christopher A. Crosman (SBN 190336)
ccrosman@seyfarth.com
2029 Century Park East, Suite 3500
Los Angeles, CA 90067-3021
Tel.: (310) 277-7200

**SEYFARTH SHAW LLP**
Phillip J. Ebsworth (SBN 311026)
pebsworth@seyfarth.com
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone:   (916) 448-0159
Facsimile:   (916) 558-4839

Attorneys for Defendants
Atria Management Company, LLC and
Atria Senor Living, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE STICKLES and MICHELE RHODES, individuals on behalf of themselves and others similarly situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>ATRIA SENIOR LIVING, INC.; ATRIA MANAGEMENT COMPANY, LLC; and DOES 1 to 10 inclusive,<br><br>                    Defendants. | CASE NO. 3:20-cv-09220-WHA<br><br>**NOTICE OF SETTLEMENT AND LODGING OF FULLY EXECUTED SETTLEMENT AGREEMENT; REQUEST FOR HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL** |

0
**NOTICE OF SETTLEMENT AND LODGING OF FULLY EXECUTED SETTLEMENT; REQUEST FOR HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE THAT,** the parties have reached an agreement to settle this action on a class and PAGA representative basis and are lodging as Exhibit 1 hereto the fully executed settlement, which, subject to Court approval, disposes of the entire case. Plaintiff's counsel is currently preparing the motion for preliminary approval which will be filed by no later than March 7, 2023.

Given the lodging of a fully executed settlement resolving all claims in this action, the parties jointly request that the Court vacate all previously set dates and schedule a hearing on the impending motion for preliminary approval.

Dated: February 28, 2023   **HAYES PAWLENKO LLP**

By:   /s/Matthew B. Hayes
      Matthew B. Hayes
      Kye D. Pawlenko
      Attorneys for Plaintiffs

Dated: February 28, 2023   **SEYFARTH SHAW**

By:   /s/Christopher A. Crosman
      Richard B. Lapp
      Christopher A. Crosman
      Phillip J. Ebsworth
      Attorneys for Defendants

---

1

**NOTICE OF SETTLEMENT AND LODGING OF FULLY EXECUTED SETTLEMENT; REQUEST FOR HEARING DATE ON MOTION FOR PRELIMINARY APPROVAL**