**HAYES PAWLENKO LLP**
MATTHEW B. HAYES (SBN 220639)
mhayes@helpcounsel.com
KYE D. PAWLENKO (SBN 221475)
kpawlenko@helpcounsel.com
1414 Fair Oaks Ave., Unit 2B
South Pasadena, CA 91030
(626) 808-4357; FAX (626) 921-4932

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE STICKLES and MICHELE RHODES, individuals on behalf of themselves and others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ATRIA SENIOR LIVING, INC.; ATRIA MANAGEMENT COMPANY, LLC; and DOES 1 to 10 inclusive,<br><br>Defendants. | CASE NO. 3:20-cv-09220-WHA<br><br>**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF CLASS AND REPRESENTATIVE PAGA ACTION SETTLEMENT**<br><br>Date:        October 10, 2023<br>Time:       11:00 a.m.<br>Courtroom: 12 |

0
**NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** on October 10, 2023 at 11:00 a.m. in Courtroom 12 of the United States District Court for the Norther District of California, located at the 450 Golden Gate Avenue, San Francisco, CA 94102, the Honorable William H. Alsup presiding, Plaintiffs George Stickles and Michele Rhodes (together "Plaintiffs") will and hereby do move for entry of an Order granting final approval of the Class and PAGA Action Settlement Agreement and Release of Claims ("Settlement") submitted at Docket No. 118-4. Good cause exists for granting final approval of the Settlement in that the Settlement is fair, reasonable, and adequate.

The motion is unopposed by Defendants and will be based on this Notice, the Memorandum of Points & Authorities filed concurrently herewith, the declarations filed concurrently herewith, the records on file in this action, and any additional arguments or evidence presented to the Court in advance of the hearing.

DATED: September 4, 2023         HAYES PAWLENKO LLP

                                 By: /s/Matthew B. Hayes
                                     MATTHEW B. HAYES
                                     Attorneys for Plaintiffs

---

1
NOTICE OF MOTION AND MOTION FOR FINAL APPROVAL OF SETTLEMENT