UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GEORGE STICKLES and MICHELE RHODES,<br><br>    Plaintiffs,<br><br>  v.<br><br>ATRIA SENIOR LIVING, INC., and ATRIA MANAGEMENT COMPANY, LLC,<br><br>    Defendants. | No. C 20-09220 WHA<br><br>**JUDGMENT** |

For the reasons stated in the accompanying order granting final approval of the class and PAGA settlement (Dkt. No. 127), final judgment is hereby entered in accordance with the settlement agreement (Dkt. No. 118-4). The Clerk **SHALL CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: October 11, 2023.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE